**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

ANMOLDEEP SINGH #A243-103-272          CASE NO.  1:26-CV-01429 SEC P

VERSUS                                                         JUDGE EDWARDS

WARDEN WINN CORRECTIONAL CENTER       MAG. JUDGE KAYLA D. MCCLUSKY
ET AL

**MEMORANDUM ORDER**

Before the court is a petition for writ of habeas corpus filed on May 1, 2026.  Upon review of

the record, the Court finds that the plaintiff's suit is not in proper form for the following reasons:

Plaintiff has failed to submit the petition for writ of habeas corpus on approved forms.  NOTE: PLEADINGS MUST BE ORIGINALS AND NOT COPIES OF PLEADINGS.  **Plaintiff must submit the petition for writ of habeas corpus on approved forms that are legibly handwritten or typewritten.**

In accordance with the above,

**IT IS HEREBY ORDERED** that plaintiff, within thirty (30) days of the date of this order,

amend the pleadings by submitting the information indicated above to the following address: **Clerk of**

**Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

**FAILURE TO AMEND THE PLEADINGS AS INDICATED ABOVE WILL RESULT IN THE PLEADINGS IN THE INSTANT PETITION BEING STRICKEN FROM THE RECORD.**

THUS DONE in Chambers on this ____6th____ day of _____May_____, 2026.

Kayla D. McClusky
United States Magistrate Judge

w/Enclosures to plaintiff: Habeas form-2241